# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID RODRIGUEZ,<br><br>        Petitioner,<br><br>   v.<br><br>FERNANDO GONZALEZ,<br><br>        Respondent.<br>_____/ | 1:09-cv-00748-DLB (HC)<br><br>ORDER DIRECTING CLERK OF COURT TO CHANGE NAME OF RESPONDENT<br><br>[Doc. 8] |

     Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

     When the petition was initially filed, Petitioner failed to name a Respondent.  A petitioner filing a petition for writ of habeas corpus must name the state officer who has custody of the petitioner as the respondent.  Rule 2 (a) of the Rules Governing § 2254 cases; <u>Ortiz-Sandoval v. Gomez</u>, 81 F.3d 891, 894 (9th Cir. 1996).  Normally, the person having custody of an incarcerated petitioner is the warden of the prison in which the petitioner is incarcerated because the warden has "day-to-day control over" the petitioner.  <u>Brittingham v. United States</u>, 982 F.2d 378, 379 (9th Cir. 1992); <u>see also</u> <u>Stanley v. California Supreme Court</u>, 21 F.3d 359, 360 (9th Cir. 1994).

     On May 18, 2009, the Court issued an order to show why the petition should not be dismissed for failure to name a proper respondent.  On May 29, 2009, Petitioner filed an Amendment to the Petition naming Warden Fernando Gonzalez as the Respondent.

1

1    Accordingly, the Clerk of the Court is DIRECTED to substitute Warden Gonzalez as the
2 Respondent in this action.
3    IT IS SO ORDERED.
4    **Dated:**   **June 18, 2009**             /s/ **Dennis L. Beck**
                                         UNITED STATES MAGISTRATE JUDGE