1
2
3
4

# UNITED STATES DISTRICT COURT

5

## EASTERN DISTRICT OF CALIFORNIA

6
7   DAVID RODRIGUEZ,                         1:09-cv-00748-OWW-DLB (HC)

8                         Petitioner,

                                            ORDER DENYING PETITIONER'S MOTION
9        v.                                 FOR ENTRY OF DEFAULT

                                            [Doc.  21]
10  FERNANDO GONZALEZ,

11                        Respondent.
    _____/
12

13          Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus

14  pursuant to 28 U.S.C. § 2254.

15          Now pending before the Court is Petitioner's request for entry of default, filed August 26,

16  2009.  (Court Doc. 21.)

17          Entry of default is appropriate as to any party against whom a judgment for affirmative

18  relief is sought that has failed to plead or otherwise defend as provided by the Federal Rules of

19  Civil Procedure and where that fact is made to appear by affidavit or otherwise.  See Fed. R. Civ.

20  P. 55(a).

21          On June 18, 2009, the Court directed Respondent to file a response to the petition within

22  sixty (60) days from the date of service, i.e. August 17, 2009.  (Court Doc. 12)  Respondent filed

23  a timely response to the petition on August 17, 2009, which was served by mail on Petitioner at

24  his address of record.  (Court Doc. 17.)  Accordingly, because there is simply no basis upon

25  which to enter default, Petitioner's motion is HEREBY DENIED.

26          IT IS SO ORDERED.

27  Dated:   **September 8, 2009**          _____ **/s/ Dennis L. Beck**_____
                                            UNITED STATES MAGISTRATE JUDGE
28

1